IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>          Plaintiff,                              )<br>     v.                                            )<br>                                                      )<br>PROCEEDS OF DRUG TRAFFICKING )<br>TRANSFERRED TO CERTAIN       )<br>FOREIGN BANK ACCOUNTS,       )<br>                                                      )<br>          Defendants.                         )<br>_____)<br>                                                      )<br>U.S. $110,000.00 of Funds in            )<br>Account No. 459-071684-001 in Hong  )<br>Kong Shanghai Bank Corp. (Kitaro Ltd.) )<br>and  U.S. $10,000 of Funds in Account )<br>22-300-90669 in Jian Sing Bank Ltd.   )<br>(Ming Wah Trading Company)            ) | CIVIL NO. 98-0434 (EGS)<br><br>**FILED**<br>SEP - 8 2009<br>Clerk, U.S. District and<br>Bankruptcy Courts |

**DEFAULT JUDGMENT AND**
**DECREE FOR FORFEITURE *IN REM***

On February 13, 1998, the United States filed a Complaint for Forfeiture, and the First Amended Complaint was filed on May 18, 1998.

The Complaints allege that the defendants are property involved in, or traceable to property involved in, money laundering transactions or attempted transactions, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), (a)(2)(B)(i), 1956(h) and 1957, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

The plaintiff now seeks a Default Judgment and Decree of Forfeiture against the defendant. The Court, having reviewed said Motion, now FINDS THAT:

1. The United States commenced this action *in rem* pursuant to 18 U.S.C. § 981;

2. The Hong Kong authorities, acting at the request and on behalf of the United States,

seized the defendant funds and provided a copy of the Complaint to Kitaro (HK) Ltd., the account holder of the $110,000.00 (U.S.) of funds that were located in Account No. 459-071684-001 in Hong Kong Shanghai Bank, Hong Kong, and to Ming Wah Trading Company, the account holder of $10,000.00 (U.S.) of funds that were located in Account No. 22-300-90669 in Jian Sing Bank, Ltd., Hong Kong, in October of 1998.

3. Notice of seizure was published in *The Washington Times* on March 24, 31 and April 7, 2000, and in *The Daily Washington Law Reporter* on March 17, 24 and 31, 2000;

4. On May 27, 2009, the Clerk of this Court entered a default with respect to the defendants for failure to timely plead or defend a claim after process was fully issued; and

5. No defense or answer to the forfeiture of the defendants was interposed.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

The default of all persons interested in the defendants be entered and that no right, title, or interest in the defendants shall exist in any other party; and said defendant funds, and interest accrued thereon, if any, hereby are forfeited to the United States of America, which shall have full legal title and dispose of said property in accordance with law.

IT IS FURTHER ORDERED THAT the Clerk of the Court is directed to forward a certified copy of this Order to all counsel of record so that the Order shall be forwarded to the proper authorities in Hong Kong to effect recognition of this judgment.

Dated this 3RD day of September, 2009.

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE